UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| YUQING LIU<br><br>                    Plaintiff,<br>       v.<br><br>UR M. JADDOU, *et al.*,<br><br>                    Defendants. | Case No. 3:24-cv-05966-TMC<br><br>STIPULATED ORDER TO HOLD CASE IN ABEYANCE |

It is hereby stipulated by the parties, Dkt. 5, that the case is held in abeyance until July 13, 2025. The parties shall submit a joint status report on or before July 13, 2025.

It is so ORDERED.

DATED this 24th day of January, 2025.

Tiffany M. Cartwright
United States District Judge

STIPULATED MOTION FOR ABEYANCE - 1